UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-24324-CIV-WILLIAMS

AUBREY DALE JONES,

    Plaintiff,

vs.

ANDREW SAUL,
Acting Commissioner of
Social Security Administration,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' Report and Recommendation ("Report") (DE 28) on Plaintiff's amended motion for summary judgment (DE 21) and Defendant's motion for summary judgment (DE 22).  In the Report, Judge Torres recommends that Plaintiff's motion for summary judgment be granted, Defendant's motion for summary judgment be denied, and the Administrative Law Judge's decision be reversed and remanded for further proceedings.  No objections to the Report were filed. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

    1.    Judge Torres' Report (DE 28) is **AFFIRMED AND ADOPTED**.

    2.    Plaintiff's amended motion for summary judgment (DE 21) is **GRANTED.**

    3.    Defendant's motion for summary judgment (DE 22) is **DENIED.**

    4.    The Administrative Law Judge's decision is **REVERSED AND REMANDED** to the Commissioner for further proceedings as set forth in the Report.

    5.    All pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE**

this case.

**DONE AND ORDERED** in chambers in Miami, Florida this <u>5th</u> day of January, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE