UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-24324-CIV-WILLIAMS

AUBREY DALE JONES,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on United States Magistrate Judge Edwin G. Torres's Paperless Report and Recommendation ("***the Report***") (DE 33) on Plaintiff Aubrey Dale Jones's ("***Plaintiff***") Unopposed Motion for Attorney's Fees ("***the Motion***"). (DE 32.) In the Report, Judge Torres recommends that the Court grant Plaintiff's Motion and award him $13,721.71, which represents the total fee to which Plaintiff is entitled less the award previously entered under the federal Equal Access to Justice Act. (DE 33.) No objections to the Report have been filed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 33) are **AFFIRMED AND ADOPTED**.

2. Plaintiff's Unopposed Motion for Attorney's Fees (DE 32) is **GRANTED**. Plaintiff shall be awarded $13,721.71 in attorney's fees, which are to be paid to Plaintiff's counsel once the U.S. Department of Treasury determines that Plaintiff owes no debt to the United States.

3. Pursuant to the Court's January 5, 2021 Order (DE 29), this case remains closed.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 23rd day of December, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE